# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2008

137177 & (3)(4)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES K. CHAMPION,
        Plaintiff,

v

ATTORNEY DISCIPLINE BOARD,
        Defendant.

SC: 137177
ADB: 08-84-GA

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief. The motion for stay of proceedings is DENIED as moot.

      CAVANAGH, J., would grant leave to appeal.

      KELLY, J., would grant leave to appeal to consider adopting an appearance of impropriety standard.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2008

p0916

_____
Clerk